| | | | |
|---|---|---|---|
| Com. v. Endres..... | 12/08/2015469 EAL (2015) | Denied | Pa.Super., 125 A.3d 452 |
| Com. v. Flamer..... | 12/08/2015295 EAL (2015) | Denied | Pa.Super., 122 A.3d 436 |
| Com. v. Flanagan... | 12/08/2015166 WAL (2015) | Denied | Pa.Super., 121 A.3d 1122 |
| Com. v. Gary [11]..... | 12/29/2015455 EAL (2015) | Denied | Pa.Super., 122 A.3d 1147 |
| Com. v. Gibboney [12] | 12/29/2015643 MAL (2015) | Denied | Pa.Super., 122 A.3d 1141 |
| Com. v. Heard [13] ... | 12/29/2015500 EAL (2015) | Denied | Pa.Super., 121 A.3d 1123 |
| Com. v. Hentz [14].... | 12/23/2015451 EAL (2015) | Denied | Pa.Super., 125 A.3d 448 |
| Com. v. J.D.M. [15] ... | 12/31/2015331 WAL (2015) | Denied | Pa.Super., 125 A.3d 450 |
| Com. v. Johnson [16].. | 12/29/2015324 WAL (2015) | Denied | Pa.Super., 125 A.3d 446 |
| Com. v. Kenney .... | 12/08/2015202 WAL (2015) | Denied | Pa.Super., 122 A.3d 448 |
| Com. v. Levitt [17] .... | 12/31/2015275 EAL (2015) | Denied | Pa.Super., 121 A.3d 1119 |
| Com. v. Litt [18] ...... | 12/31/2015359 EAL (2015) | Denied | Pa.Super., 122 A.3d 443 |

11. Justice EAKIN did not participate in the decision of this matter.
12. Justice EAKIN did not participate in the decision of this matter.
13. Justice EAKIN did not participate in the decision of this matter.
14. Justice EAKIN did not participate in the decision of this matter.
15. Justice EAKIN did not participate in the decision of this matter.
16. Justice EAKIN did not participate in the decision of this matter.
17. Justice EAKIN did not participate in the decision of this matter.
18. Justice EAKIN did not participate in the decision of this matter.